**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE  **Tina M. Lucas**                                  Chapter 13
           Debtor            :        BANKRUPTCY  NO. **18-15521-jkf**

_____

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR DOYLESTOWN STATION CONDOMINIUM ASSOCIATION

      The undersigned hereby enters his appearance for Doylestown Station Condominium Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

                                            **Clemons Richter & Reiss, P.C.**
                                            2003 South Easton Road, Suite 300
                                            Doylestown, PA 18901
                                            Tel. (215) 348-1776

Date: August 30, 2018

                                            _____
                                            Stefan Richter, Esquire
                                            Attorney for Movant