United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tina M. Lucas  
       Debtor

Case No. 18-15521-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Sep 05, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
db     +Tina M. Lucas,   4 Addison Court,   Doylestown, PA 18901-2743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
     CAROL B. MCCULLOUGH    on behalf of Debtor Tina M. Lucas mcculloughheisenberg@gmail.com, G25217@notify.cincompass.com
     KARINA   VELTER     on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
     STEFAN   RICHTER    on behalf of    Doylestown Station Condominium Association srichter@clemonslaw.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
     TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

TINA M. LUCAS : CASE NO. 18-15521 JKF

### ORDER GRANTING EXTENSION OF TIME
### TO FILE SCHEDULES AND STATEMENTS

AND NOW, this        day of       , 2018, upon consideration of the within APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS, it is hereby

ORDERED AND DECREED that the said APPLICATION is and it is hereby GRANTED, and the date by which Debtor's must file schedules and statements is extended to September 18, 2018.

BY THE COURT:

_____
**Date: September 5, 2018**        UNITED STATES BANKRUPTCY JUDGE